| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 68.38.38.32 | 2016-10-01 02:43:39 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Richmond | Wayne |
| 2 | 98.226.170.99 | 2016-10-01 05:55:12 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Muncie | Delaware |
| 3 | 98.253.8.161 | 2016-10-02 01:45:56 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Fishers | Hamilton |
| 4 | 68.44.159.34 | 2016-10-02 01:49:11 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Indianapolis | Hamilton |
| 5 | 68.44.225.20 | 2016-10-02 03:13:30 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Indianapolis | Hamilton |
| 6 | 68.50.1.15 | 2016-10-02 08:20:01 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Bloomington | Monroe |
| 7 | 68.38.212.159 | 2016-10-02 19:02:37 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Indianapolis | Hamilton |
| 8 | 73.146.137.75 | 2016-10-02 19:36:51 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Richmond | Wayne |
| 9 | 68.44.84.157 | 2016-10-02 20:34:01 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Anderson | Madison |
| 10 | 68.38.172.33 | 2016-10-02 21:14:51 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Indiana | Plainfield | Hendricks |
| | | | | | | | | |
| | | | | EXHIBIT B | | | | |